IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


UNITED STATES OF AMERICA                                                    PLAINTIFF


v.                                          Case No. 6:19-cr-60013


ALEJANDRO AURIOLES                                                        DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Withdraw Motion to Suppress.   ECF No. 22.

Upon consideration, the Court finds that the motion (ECF No. 22) should be and hereby is

**GRANTED**.   Defendant's Motion to Suppress (ECF No. 18) is withdrawn.

**IT IS SO ORDERED**, this 4th day of November, 2019.


/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge